**T.I.M.E.–DC, INC., Plaintiff-Appellee,**

**v.**

**NEW YORK STATE TEAMSTERS CONFERENCE PENSION AND RETIREMENT FUND, Defendant-Appellant.**

**No. 1131, Docket 84–7257.**

United States Court of Appeals, Second Circuit.

Argued May 30, 1984.

Decided June 1, 1984.

Arthur J. Viviani, New York City (Maloney, Viviani, Higgins & Kelly, New York City, of counsel), for defendant-appellant.

Carl L. Taylor, Washington, D.C. (Kirkland & Ellis, Donald E. Scott, Nancy E. Hollingsworth, Washington, D.C., Proskauer, Rose, Goetz & Mendelsohn, Bettina B. Plevan, New York City, of counsel), for plaintiff-appellee.

Before FEINBERG, Chief Judge, and KAUFMAN and PIERCE, Circuit Judges.

PER CURIAM:

We affirm the judgment of the district court, for the reasons set forth in Judge Miner's Memorandum-Decision and Order of February 15, 1984, which is reported at 580 F.Supp. 621 (N.D.N.Y.1984).